**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 CR 446 |
| | ) | Judge Leinenweber |
| MICHELE DICOSOLA, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW**
**AS APPOINTED COUNSEL**

Defendant, MICHELE DICOSOLA, by the FEDERAL DEFENDER PROGRAM and its attorney IMANI CHIPHE, respectfully requests leave to withdraw as defendant's appointed counsel in this case for the following reasons:

1.   Counsel through the Federal Defender Program has been appointed to represent Michele Dicosola.

2.   Counsel is requesting leave to withdraw because an irreconcilable conflict has developed between Mr. Dicosola and Counsel. It has become clear that Mr. Dicosola does not believe he is currently being effectively represented. This has resulted in a deterioration of the communication between Mr. Dicosola

1

and Counsel. As a result Mr. Dicosola should not be compelled to continue with counsel as his appointed lawyer.

3. Mr. Dicosola has made it clear that he does not believe that Counsel is adequately defending him in this case. In light of this Counsel submits that it will be in the interest of all the parties and interest of justice to appoint a panel attorney for Mr. Dicosola as a result of this conflict.

4. The Federal Defender Program will arrange for the appointment of an attorney from the Criminal Defense Panel, who is available to represent Mr. Dicosola upon the granting of the instant motion.

For the reasons set forth above counsel for the defendant respectfully requests the Court grant him leave to withdraw.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By: s/ Imani Chiphe
    Imani Chiphe

IMANI CHIPHE
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-2029

## CERTIFICATE OF SERVICE

The undersigned, <u>Imani Chiphe</u>, attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## MOTION FOR LEAVE TO WITHDRAW
## AS APPOINTED COUNSEL

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>August 14, 2019</u>, to counsel/parties that are non-ECF filers.

FEDERAL DEFENDER PROGRAM
John F. Murphy
Executive Director

By: <u>s/Imani Chiphe</u>
    Imani Chiphe

IMANI CHIPHE
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-2029